**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

TAMIKA KENNERSON                    CIVIL ACTION NO. 19-1340

VERSUS                              JUDGE S. MAURICE HICKS, JR.

CRESWELL PLAZA LLC, ET AL.          MAGISTRATE JUDGE AYO

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Court's prior Order dismissing all claims by Plaintiff Tamika Kennerson (Record Document 35) be **VACATED** based on the Court's lack of subject matter jurisdiction in this case.

**IT IS FURTHER ORDERED** that this case be **REMANDED** to the 27th Judicial District Court for the Parish of St. Landry, Louisiana

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 7th day of May, 2026.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE